## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MAIETTA, JR., | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-01307 |
| | ) | |
| | ) | Judge Gary L. Lancaster |
| AMETEK, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for Plaintiff Anthony Maietta, Jr. and

Defendant AMETEK, Inc., that the claims set forth in the above-captioned action are hereby

dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Except as provided by agreement, the parties shall bear their own attorneys' fees and

costs.

s/Charles A. Merchant
Charles A. Merchant
Pa. I.D. No. 52712
Merchant, Moorhead & Kay, LLC
603 Washington Road, Suite 500
Pittsburgh, PA 15228
412-942-0770

Attorney for Plaintiff

Dated: December 27, 2007

s/Stephanie R. Reiss
Stephanie R. Reiss
Pa. I.D. No. 88316
John G. Ferreira
Pa. I.D. No. 39223
Morgan, Lewis & Bockius, LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219
412-560-3300

Attorneys for Defendant

**ORDER**

AND NOW, this __27__ day of __Dec__, 2007, IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE